Rose D. April, and Lenore April, an Infant, by Rose D. April, Her Guardian ad Litem, Respondents, v. Philip April, and Joseph G. Abramson, as Trustee, under an Agreement Among Rose D. April, Philip April and Joseph G. Abramson, Dated May 18, 1928, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

Margaret Cleverley Armour, Appellant, v. Albert P. Armour, Respondent. — Order denying plaintiff's motion to strike out the first, second, third and fourth separate affirmative defenses affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

Eva Ballon, as Assignee of Seth Marrus, an Individual Trading under the Firm Name and Style of Superior Duck Clothing Company, Respondent, v. Michelle Riti, Appellant, Impleaded with Mary Riti and James Diaferia, Individually and as Copartners Doing Business as City Coat and Apron Linen Supply Company, Defendants.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

Albert Barbieri, Appellant, v. Abbie Barbieri, Respondent, and Joseph P. Barbieri, Defendant.— Order denying plaintiff's motion to strike out answer of defendant Abbie Barbieri and for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

John Dempsey, Respondent, v. Estelle Feldman and Lewis Adler, Appellants.— Order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

Susan Devaou, an Infant, by Octave Devaou, Her Guardian ad Litem, Respondent, v. Joseph Sigelman, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

Electra Housefurnishing Store, Inc., Respondent, v. Morris Manes and Another, Respondents, Impleaded with Sadie Zises, Appellant, and Others, Defendants.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion, the Special Term was without power to amend or resettle the judgment so as to change and alter the effect thereof in a material particular. (Herpe v. Herpe, 225 N. Y. 323.) Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

William Ginsberg, Appellant, v. Lawrence J. Samuels, Respondent.— Order dismissing the complaint and the judgment entered thereon reversed on the law, with ten dollars costs and disbursements, and motion denied, upon the ground that the complaint states a cause of action for the enforcement of the negative covenant therein referred to. Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ., concur.